FILED

01/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0162

ROBERT L. ROSE,

Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN,
Director; and JAMES SALMONSEN,
Warden of Montana State Prison,

Respondents and Appellees.

## ORDER

Upon consideration of Respondents' motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Respondents are granted an extension of time to and including March 10, 2024, within which to prepare, serve, and file the Respondent's response brief.

DATED this ___ day of _____, 2024.

_____
JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 22 2024